# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

ERIC GROSS A/K/A LUQMAN
SHABAZZ

NO. 2025 KW 0402

**AUGUST 18, 2025**

---

In Re:  Eric Gross a/k/a Luqman Shabazz, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 09-97-0416.

---

**BEFORE:  McCLENDON, C.J., GREENE AND STROMBERG, JJ.**

**WRIT DENIED AS MOOT.** It is well settled that a guilty plea, by its nature, admits factual guilt and relieves the state of the necessity to prove it by a contested trial. See **State v. Crosby**, 338 So.2d 584, 591 (La. 1976). By pleading guilty, relator waived his right to challenge the State's case via a motion to quash. Relator has finished serving the sentence in this matter. Accordingly, this court declines to order a hearing, and relator's request for mandamus relief on the motion to quash is moot.

**PMc**
**HG**
**TPS**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT